NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO J. CALDERON LOPEZ, dba Starlight Consulting Services, dba Starlight Entertainment Enterprises, Inc., dba Starlight Music Management, Inc.,**

*Plaintiff-Appellant*

**v.**

**DOE VIRAMONTES, DOE GUZMAN, DOE MAGAMUS, DOE SHIN, DOE DISPATCHER NO. 1, DOE DISPATCHER NO. 2, LOS ANGELES POLICE DEPARTMENT, L.A. DEPT. OF TRANSPORTATION, CITY OF LOS ANGELES,**

*Defendants-Appellees*

---

2025-1983

---

Appeal from the United States District Court for the Central District of California in No. 2:24-cv-10889-DMG-SHK, Judge Dolly M. Gee.

---

PER CURIAM.

## O R D E R

On February 24, 2025, the district court dismissed Ricardo J. Calderon Lopez's claims—none involving patents—against private and state defendants without

prejudice for failure to prosecute. On March 24, 2025, Mr. Calderon Lopez filed a document with that court citing, *inter alia*, Fed. R. Civ. P. 60(b), and appearing to seek reconsideration.[1] On July 28, 2025, Mr. Calderon Lopez filed a notice of appeal directed to this court despite this court having repeatedly explained to him that it only has jurisdiction to review district court cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $10,000 in amount, *see id.* §§ 1295(a)(2), 1346(a)(2).[2] His case clearly does not fall within any of those categories, and it would not be in the interest of justice to transfer.

Mr. Calderon Lopez is specifically warned that he may be sanctioned, including the imposition of monetary and non-monetary penalties, if he files another notice of appeal directed to this court in a case that does not plausibly fall within this court's subject matter jurisdiction.

Accordingly,

---

[1]    It appears the district court ordered that document struck on August 1, 2025.

[2]    *See Calderon Lopez v. Gumushyan*, No. 2025-1765, ECF No. 10 (Fed. Cir. July 8, 2025); *Calderon Lopez v. Off. of the Sec'y of State*, No. 2024-1964, ECF No. 4 (Fed. Cir. July 23, 2024); *Calderon Lopez v. O'Malley*, No. 2025-1698, ECF No. 22 (Fed. Cir. June 25, 2024); *In re Calderon Lopez*, No. 2023-133, ECF No. 23 (Fed. Cir. Oct. 13, 2023).

LOPEZ v. VIRAMONTES                                          3

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All pending motions are denied.

(3) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 11, 2025
        Date